# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In Re | ) | Chapter 7 |
| | ) | |
| Christopher Hacker asf Source Lending Corporation, | ) ) | Case No. 09-45742 |
| | ) | |
| Debtor, | ) ) ) | |
| | ) | |
| State of Minnesota, by its Attorney General, Lori Swanson, | ) ) ) | |
| | ) | |
| Plaintiff and Creditor, | ) ) | Adversary Proceeding No. 11-04348 |
| v. | ) ) | **ORDER** |
| Christopher Hacker asf Source Lending Corporation, | ) ) ) | |
| Defendant. | ) | |

Having reviewed the Stipulation and Consent Judgment agreed to by the parties and filed in this action on December 27, 2011:

IT IS ORDERED AND ADJUDGED:

Defendant's total debt to Plaintiff as set forth in the State Court Stipulation and Consent Judgment resolving the parties' dispute in *State of Minnesota, by its Attorney General, Lori Swanson v. Source Lending Corporation and Christopher Hacker, Individually*, Court File No. 27-CV-08-19803 (Henn. Co. Dist. Ct.), dated November 14, 2011, consisting of the restitution and civil penalties, is excepted from the Defendant's discharge.

Dated: January 6, 2012.

/e/ Nancy C. Dreher
NANCY C. DREHER
Chief United States Bankruptcy Judge

AG: #2936595-v1

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/06/2012
Lori Vosejpka, Clerk, by KK