UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

CHRISTOPHER HACKER
asf Source Lending Corporation,                                BKY 09-45742

                Debtor.

STATE OF MINNESOTA, by its
Attorney General, Lori Swanson,

                Plaintiff,                              ADV 11-4348

-v.-
                                                                                JUDGMENT

CHRISTOPHER HACKER
asf Source Lending Corporation,

                Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Nancy C. Dreher, United States Bankruptcy Judge, presiding.

IT IS THEREFORE ORDERED AND ADJUDGED:

Defendant's total debt to Plaintiff as set forth in the State Court Stipulation and Consent Judgment resolving the parties' dispute in *State of Minnesota, by its Attorney General, Lori Swanson v. Source Lending Corporation and Christopher Hacker, Individually*, Court File No. 27-CV-08-19803 (Henn Co. Dist. Ct.), dated November 14, 2011, consisting of the restitution and civil penalties, is excepted from the Defendant's discharge.

At:    Minneapolis, Minnesota.                    Lori A. Vosejpka, Clerk
Dated: January 6, 2012.                        United States Bankruptcy Court

                                                                   By  /e/ Karen Krouch
                                                                          Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/06/2012*
Lori Vosejpka, Clerk, by KK